1  Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
2  332 N. Second Street
San Jose, CA  95112
3  Telephone (408) 271-6600
Facsimile (408) 298-6046
4
Attorneys for Plaintiff
5  Kelly Losorwith

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  KELLY LOSORWITH, | ) No.   1:10-CV-01009-LJO-SKO |
| 11          Plaintiff, | ) |
| 12     vs. | ) **STIPULATION FOR DISMISSAL;** |
| 13  CHEAM CHIV dba BELMONT | ) **ORDER** |
| 14  BURGER and SIV HEANG KOR | ) |
| 15          Defendants. | ) Assigned to U.S. District Judge |
| 16 | ) LAWRENCE J. O'NEILL |
| 17 | ) Complaint Filed: June 7, 2010 |

18

19      Plaintiff  Kelly Losorwith, through her attorney, Tanya Levinson Moore,

20  Moore Law Firm, P.C., San Jose, California, and Defendants CHEAM CHIV dba

21  BELMONT BURGER and SIV HEANG KOR, through their attorney

22  CASWELL BELL & HILLISON LLP, Fresno, California, hereby stipulate that

23  the above-captioned action shall be dismissed with prejudice.

24  Date: July 19, 2010                    /s/Tanya Levinson Moore
                                                Tanya E. Levinson Moore
25                                              Attorney for Plaintiff

26

27

28
_Losorwith v. Cheam Chiv, et al._

Stipulation for Dismissal

1    Date:  July 19, 2010                          CASWELL BELL & HILLISON LLP

2
                                                   /s/ Kimberly L. Mayhew
3                                                  Kimberly L. Mayhew, Esq.
                                                   Attorney for Defendants
4

5                                          **ORDER**

6

7    THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT
     the above-captioned action be dismissed with prejudice.
8

9    **IT IS SO ORDERED.**

10
     Dated:  _July 19, 2010_          _/s/ Lawrence J. O'Neill_____
11                                    U.S. DISTRICT JUDGE LAWRENCE J. O'NEILL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     *Losorwith v. Cheam Chiv, et al.*

     Stipulation for Dismissal